IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD L. KAMP,

        Petitioner,

  v.                                                    ORDER
                                                    07-C-593-S

DEPARTMENT OF HEALTH & FAMILY SERVICES,
SAND RIDGE SECURE TREATMENT CENTER, STEVE
WATTERS, WENDY NORBERG, STEVE SCHNEIDER,
BILL PARKER and TIM THOMAS,

        Respondents.

---

Petitioner has submitted a petition for temporary restraining order and/or preliminary injunction which the Court considers to be a complaint. Before his complaint can be addressed he shall submit an affidavit of indigency and certified copy of his trust fund account statement for the last six months or pay the $350.00 filing fee.

Failure to submit this information or the filing fee by November 8, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

IT IS ORDERED that petitioner shall submit an affidavit of indigency, a trust fund account statement or the filing fee by November 8, 2007 or this action may be dismissed for his failure to prosecute.

Entered this <u>25th</u> day of October, 2007.

                                    BY THE COURT:

                                    _____/s/_____
                                    JOHN C. SHABAZ
                                    District Judge